**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000196
14-APR-2022
10:15 AM
Dkt. 401 ODMR**

NO. CAAP-21-0000196

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

IN THE INTEREST OF SK CHILDREN

APPEAL FROM THE FAMILY COURT OF THE FIRST CIRCUIT
(FC-S NO. 18-00077)

ORDER DENYING MOTION FOR RECONSIDERATION
(By: Ginoza, Chief Judge, Leonard and McCullen, JJ.)

Upon consideration of Appellant Mother's "Motion to Reconsider Order" (**Motion**), filed on April 10, 2022, the papers in support and the record and files herein, it appears that:

(1) a Summary Disposition Order was entered by this court on March 31, 2022;

(2) Mother's Motion was filed on April 10, 2022;

(3) Pursuant to Rules Expediting Child Protective Appeals (RECPA) Rule 14, "[a] motion for reconsideration may be filed no later than 5 days after the filing of the appellate court's opinion, summary disposition order, or dismissal order[,]" and thus Mother's Motion is untimely; and

(4) Even if Mother's Motion had been timely filed, she does not establish that the court overlooked or misapprehended points of law or fact to support reconsideration of the Summary Disposition Order. See Rule 40 of the Hawaiʻi Rules of Appellate Procedure.

Therefore, IT IS HEREBY ORDERED that the Motion is denied.

DATED:  Honolulu, Hawaiʻi, April 14, 2022.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge